### No. 10-1284. In re H. Clark Ford, III, Petitioner.

563 U.S. 986, 131 S. Ct. 2476, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3553, ▇

May 16, 2011. Petition for writ of habeas corpus denied.

### No. 10-10047. In re Harry Edwin Miles, Petitioner.

563 U.S. 986, 131 S. Ct. 2476, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3571, ▇

May 16, 2011. Petition for writ of habeas corpus denied.

### No. 10-10126. In re Joseph Casey McGhee, Petitioner.

563 U.S. 986, 131 S. Ct. 2478, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3596.

May 16, 2011. Petition for writ of habeas corpus denied.

### No. 10-1200. In re Richard Rosenquist, Petitioner.

563 U.S. 986, 131 S. Ct. 2464, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3595.

May 16, 2011. Petition for writ of mandamus denied.

### No. 10-8924. In re Dustin Lee Honken, Petitioner.

563 U.S. 987, 131 S. Ct. 2446, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3605.

May 16, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

### No. 10-9638. In re Cecil Routie, Petitioner.

563 U.S. 986, 131 S. Ct. 2461, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3617.

May 16, 2011. Petition for writ of mandamus denied.

### No. 10-9916. In re Shane T. Watkins, Petitioner.

563 U.S. 987, 131 S. Ct. 2468, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3560.

May 16, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

### No. 10-677. Calvin David Fox, Petitioner v. The Florida Bar.

563 U.S. 1003, 131 S. Ct. 2481, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3612.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1286, 131 S. Ct. 1676, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2376.